# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| DEMETRIUS BROWN, | * | |
| | * | |
| Movant, | * | CIVIL ACTION NO.: 5:21-cv-65 |
| | * | |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | (Case No.: 5:20-cr-8) |
| | * | |
| Respondent. | * | |

## ORDER

The Court has conducted an independent and de novo review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 17.  Movant Demetrius Brown ("Brown") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.  The Court **GRANTS as unopposed** Respondent's Motion to Dismiss, **DISMISSES without prejudice** Brown's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct his Sentence, **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of

AO 72A
(Rev. 8/82)

dismissal, and **DENIES** Brown *in forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this 5 day of October, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA